**95–49.** Hara v. Montgomery Cty. Joint Vocational School Dist. *Montgomery County,* Nos. 13636 and 13907. On review of order certifying conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 2, paragraph 2 of the court of appeals' Decision and Entry, rendered December 30, 1994.

**95–51.** State v. Crim. *Cuyahoga County,* No. 63439. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, J., dissents.

**95–101.** State v. New. *Franklin County,* No. 92AP–904. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, J., dissents.

**95–146.** State v. Eads. *Cuyahoga County,* No. 62775. On motion for leave to exceed page limitation. Motion denied.